# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENGY NASHAT A ABDELSHAFY, et al.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES et al.,<br><br>Defendants. | No. 8:26-cv-00086-DOC-DFM<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

The Court, having considered the Parties' Stipulation to Extend Time to Respond to Initial Complaint, and good cause appearing therefore, HEREBY ORDERS that Defendants' deadline to respond to the Complaint is extended by sixty (60) days, to May 22, 2026.

**IT IS SO ORDERED.**

Dated: April 3, 2026

_David O. Carter_

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1